United States District Court
For The Middle District OF Alabama
Northern Division

Peter J. Smith                    Jury Trial Requested
Plaintiff

V                                 Civil Action No.
                                  2:23cv067-MHT-JTA

Circle K Inc. etal.
Defendant.

2-1-2023

Peter J. Smith

(2). Amount requested exceeds $20.

RECEIVED
2023 FEB -1 P 5 22
TREY GRANGER CLK
U.S. DISTRICT
MIDDLE DIST

(2) Peter J. Smith
P. O. Box 1644
Montgomery, Alabama 36102-1644

3) Amy Willard both individually and as an Employee of Circle K Inc.
Circle K is located at Madison Avenue location.

4) Date = January 27, 2023 Friday.

5). Amy Willard sprayed an unknown chemical substance near the items of food purchased at Circle K using food stamps I was warming one of the items at the time she didn't check me out although she had a register another cashier did there were two registers open at the time she left her register to harass me.                    2-1~2023

Peter Jr Smith

(1)

6). $ 251 million for retaliation, racial profileing

2023 FEB -1 P 3:32

TREY GRANGER CLK
U.S. DISTRICT
MIDDLE DIST

2-1- 2023

Peter Jr Smith

(2)

2 - 1 - 2023

New Case





**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 457    KENNESAW, GA

POSTAGE WILL BE PAID BY ADDRESSEE

DIRECT MAIL NETWORK, LLC
PO BOX 100090
KENNESAW GA 30156-9802

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Peter J. Smith

v

Circle K Inc. etal

Case #3