IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,              ) | |
|         ) | |
|     Plaintiff,    ) | |
|         )   | CIVIL ACTION NO. |
|     v.           ) | 2:23cv67-MHT |
|         )   | (WO) |
| CIRCLE K INC., et al.,    ) | |
|         ) | |
|     Defendants.   ) | |

## OPINION

Plaintiff filed this lawsuit asserting retaliation and racial profiling. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2023.

            /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE